UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:99CR-74-H

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.

ANDRE T. McKINNON                                                                        DEFENDANT

**MEMORANDUM OPINION AND ORDER**

      The Court has reviewed the objections filed regarding the Memorandum of Recalculation for Andre T. McKinnon. Both parties make compelling arguments for their respective positions. Counsel for Defendant urges the Court to consider the intent of the original plea agreement in this case and asks for a sentence of 93 months, which allows for the 15-month reduction afforded Defendant under the original 5K1.1 motion, this resulting in a sentence below the mandatory minimum of 120 months. The government says that only a 5K1.1 motion was offered and agreed upon by the parties under the provisions of an 11(e)(1)(C) plea agreement, thus limiting the extent of the departure.

      There is no doubt that the recent crack cocaine amendment results in a 15-month reduction to Defendant as applied in the original sentencing. However, the 15-month reduction arises from a 5K1.1 motion, which in and of itself does not permit the Court to sentence below any mandatory minimum sentence. The recent amendment to the sentencing guidelines also recognizes the advisory status of the guidelines. The amended guideline Section 1B1.10 in conjunction with 18 U.S.C. 3582(c)(2) suggests that the Court is considering a reduction in

sentence. The Court's General Order No. 2008-01 is consistent with this approach. The statutory direction of 18 U.S.C. 3553(e) requires that for the Court to impose a sentence below a mandatory minimum, the government must move for a downward departure. The government at the original time of sentencing only moved for a 5K1.1 departure. Consequently, the Court then and now cannot sentence below 120 months, absent a motion by the government, pursuant to 18 U.S.C. 3553(e).

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that the original judgment in this case remains in full force and effect.

cc:    Counsel of Record